# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3070
_____

THOMAS ANTHONY ROMERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
James Scott Duncan, Judge.

June 5, 2026

Per Curiam.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.